UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
Eastern Division
Docket No. 4:11-MJ-1046-1RJ

| | | |
|---|---|---|
| **United States Of America** | ) | |
| | ) | **ORDER MODIFYING AND** |
| vs. | ) | |
| | ) | **CONTINUING SUPERVISION** |
| **Darnell Wayland Cooper** | ) | |

On February 15, 2012, Darnell Wayland Cooper appeared before the Honorable David W. Daniel, U.S. Magistrate Judge in the Eastern District of North Carolina, and pursuant to an earlier plea of guilty to Larceny of Private Property, in violation of 18 U.S.C. § 661, was sentenced to a 12-month term of probation.

From evidence presented at the revocation hearing on April 17, 2013, the court finds as a fact that Darnell Wayland Cooper, who is appearing before the court with counsel, has violated the terms and conditions of the probation judgment as follows:

1. Using a controlled substance.

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that the probation sentence heretofore granted be extended for 12 months from the expiration date of February 14, 2013, until February 14, 2014.

**IT IS FURTHER ORDERED** that the conditions of probation are modified to the extent that the defendant shall be confined in the custody of the Bureau of Prisons for a period of 30 days, on weekend schedules, as arranged by the probation officer, and shall abide by all rules and regulations of the designated facility.

**IT IS FURTHER ORDERED** that except as herein modified, the Judgment shall remain in full force and effect.

This the 17th day of April, 2013.

_____
Robert B. Jones, Jr.
U.S. Magistrate Judge