UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
Eastern Division
Docket No. 4:11-MJ-1046-1RJ

| | | |
|---|---|---|
| **United States Of America** | ) | |
| | ) | **JUDGMENT** |
| vs. | ) | |
| | ) | |
| **Darnell Wayland Cooper** | ) | |

On February 15, 2012, Darnell Wayland Cooper appeared before the Honorable David W. Daniel, U.S. Magistrate Judge in the Eastern District of North Carolina, and pursuant to an earlier plea of guilty to Larceny of Government Property, 18 U.S.C. § 661, was sentenced to a 12-month term of probation.

On April 17, 2013, the defendant appeared before the Honorable Robert B. Jones, Jr., U.S. Magistrate Judge in the Eastern District of North Carolina, at which time the term of probation was extended for a period of 12 months to address violation conduct.

From evidence presented at the revocation hearing on October 16, 2013, the court finds as a fact that Darnell Wayland Cooper, who is appearing before the court with counsel, has violated the terms and conditions of the probation judgment as follows:

1. Failure to report to the probation officer as directed by the court or probation officer.
2. Using a controlled substance.

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that the probation sentence heretofore granted be revoked, and the defendant is ordered committed to the custody of the Bureau of Prisons or its authorized representative for imprisonment for a period of 90 days.

**IT IS FURTHER ORDERED** that the Clerk provide the U.S. Marshal a copy of this Judgment and same shall serve as the commitment herein.

This the 16th day of October, 2013.

_____
Robert B. Jones, Jr.
U.S. Magistrate Judge